■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JACOB GUERRERO, Also Known as JASON DELEON, Defendant. [25 NYS3d 605]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered February 20, 2001.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Sgroi, Miller and LaSalle, JJ., concur.